# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

The Boeing Company

      *Plaintiff* )
      v. )    Civil Action No. 3:22-cv-00481
       )
Ten Oaks Management, LLC, )
Andrew Lovrovich )
and David Richeson )
       )
       )
      *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Ten Oaks Management, LLC
c/o Cogency Global, Inc.
850 New Burton Road Suite 201
Dover, DE 19904

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Joseph A. Mahoney
Mayer Brown LLP
214 N. Tryon St., Ste. 3800
Charlotte, NC 28202

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank G. Johns*      Date   **9/16/2022**

Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 3:22-cv-00481

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

☐     **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; **or**

☐     **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

☐     **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

☐     **I returned the summons unexecuted because** _____; **or**

☐     **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____       _____
                                                                                         **Server's signature**

                                                                                          _____
                                                                                          **Printed name and title**

                                                                                          _____
                                                                                          **Server's address**

**Additional information regarding attempted service, etc:**