

329591
Law Firm Ref#: 22717489

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**THE BOEING COMPANY**

    Plaintiff(s)

vs.

**TEN OAKS MANAGEMENT, LLC, ANDREW LOVROVICH, AND DAVID RICHESON**

    Defendant(s)

Case No.: 3:22-cv-00481

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, __GRANVILLE MORRIS_____, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons in a Civil Action; Complaint; Civil Cover Sheet; Disclosure by Non-Governmental Corporate Party of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation; Case Assignment Notice; and Standing Order Requiring an Initial Settlement Conference in Civil Cases Assigned to the Honorable Kenneth D. Bell. to Ten Oaks Management, LLC c/o Cogency Global, Inc., located at 850 New Burton Road, Suite 201, Dover, DE 19904** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Ten Oaks Management, LLC c/o Cogency Global, Inc. personally on the ____ day of _____, 20____ at _____M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: __THERESA GRANDESON__, Title: __MANAGING AGENT__, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the __16TH__ day of __SEPT.__, 20__22__ at __2:30__ P M.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Ten Oaks Management, LLC c/o Cogency Global, Inc.'s usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☐ **NON-SERVICE:** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

__/__/____ @ ____:_____

__/__/____ @ ____:_____

__/__/____ @ ____:_____

A description of person with whom the documents were left is as follows:

Sex: __F__   Race: __BLACK__   Approx. Age: __40__   Height: __5'5__   Weight: __160__   Hair: __BLACK__

    Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on this __16TH__ day of __SEPT__, 20 __22__

_(Server Signature)_
**GRANVILLE MORRIS**
_(Print Name)_

Notary Public

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

SAAFF/329591

Case 3:22-cv-00481-KDB-DCK   Document 4   Filed 10/05/22   Page 1 of 1