# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-481-KDB-DCK

| | |
|---|---|
| THE BOEING COMPANY, )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>TEN OAKS MANAGEMENT, LLC,<br>MATTHEW MAGAN, ANDREW<br>LOVROVICH, MICHAEL HAHN, and<br>DAVID RICHESON, )<br> )<br>    Defendants. )<br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Entry Of Agreed Briefing Schedule" (Document No. 15) filed October 26, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion with modification.

By the instant motion, the parties propose a briefing schedule addressing Defendants' deadline for responding to the "First Amended Complaint" (Document No. 5), and for the possibility of briefing related to motions to dismiss. The undersigned will respectfully decline to set a briefing schedule for potential motions to dismiss at this time. Moreover, the Court expects parties to abide by the briefing schedule in LCvR 7.1(e), unless they can show good cause for an extension.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Entry Of Agreed Briefing Schedule" (Document No. 15) is **GRANTED with modification**. Defendants shall file

Answers, or otherwise respond to the "First Amended Complaint" (Document No. 5) on or before **December 6, 2022**.

**IT IS FURTHER ORDERED** that pursuant to the Honorable Kenneth D. Bell's "Standing Order Requiring An Initial Settlement Conference in Civil Cases…" 5:19-MC-005-KDB (W.D.N.C. July 16, 2019), linked to the docket of this case on September 15, 2022, the parties shall "participate in a settlement conference prior to the filing of an Answer or other response" and file a Certificate Of Settlement Conference.

**SO ORDERED**.

Signed: October 26, 2022

David C. Keesler
United States Magistrate Judge