# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-481-KDB-DCK

| | |
|---|---|
| THE BOEING COMPANY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| TEN OAKS MANAGEMENT, LLC, et al., | )<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Joseph A. Mahoney, concerning J. Gregory Deis, on December 2, 2022. J. Gregory Deis seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. J. Gregory Deis is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 2, 2022

David C. Keesler
United States Magistrate Judge