IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-481-KDB-DCK

| THE BOEING COMPANY, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| TEN OAKS MANAGEMENT, LLC, et al., | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 57) filed by Patrick E. Kelly, concerning Brian P. O'Meara, on October 18, 2023. Brian P. O'Meara seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 57) is **GRANTED**. Brian P. O'Meara is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: October 18, 2023

David C. Keesler
United States Magistrate Judge