# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:22-CV-481-KDB-DCK

| | |
|---|---|
| THE BOEING COMPANY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **ORDER** |
| | ) |
| TEN OAKS MANAGEMENT, LLC, et al., | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion For Leave To File Amended Answer And Counterclaim And Join An Additional Party" (Document No. 62) filed February 2, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

Plaintiff filed its "Second Amended Complaint" (Document No. 64) on February 2, 2024, consistent with the "Pretrial Order And Case Management Plan" (Document No. 51) which set that date as the deadline to amend pleadings. As such, it appears that "Motion For Leave To File Amended Answer…" (Document No. 62) to the "First Amended Complaint" (Document No. 5) is now moot.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion For Leave To File Amended Answer And Counterclaim And Join An Additional Party" (Document No. 62) is **DENIED AS MOOT**. Defendants shall file an Answer, or other otherwise respond to Plaintiff's "Second Amended Complaint" (Document No. 64), in accordance with the Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: February 5, 2024

David C. Keesler
United States Magistrate Judge

2