**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:22-CV-481-KDB-DCK**

| | | |
|---|---|---|
| **THE BOEING COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **TEN OAKS MANAGEMENT, LLC, et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 70) filed by Joseph A. Mahoney, concerning Ethan A. Hastert, on February 21, 2024.  Ethan A. Hastert seeks to appear as counsel *pro hac vice* for Plaintiff.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 70) is **GRANTED**.  Ethan A. Hastert is hereby admitted *pro hac vice* to represent Plaintiff.

      **SO ORDERED**.

      Signed:  February 22, 2024

David C. Keesler
United States Magistrate Judge