THE BOEING COMPANY,

        Plaintiff,

        v.

TEN OAKS MANAGEMENT, LLC, et al.

        Defendants

_____

TEN OAKS MANAGEMENT, LLC, and
DAVID RICHESON,

        Counter-Claimants

AEP LEGACY HOLDINGS, LLC,

        Third-Party Plaintiff

        v.

THE BOEING COMPANY,

        Counter-Defendant, and

BARBARA ZETTERBERG, CORY
GIONET, and RODNEY ARMSTRONG,

        Third-Party Defendants.

**Civil Action No. 22 CV 481-KDB-DCK**

**MOTION TO DISMISS
THE COUNTERCLAIM AND
THIRD-PARTY COMPLAINT**

Plaintiff and Counter-Defendant The Boeing Company, and Third-Party Defendants Barbara Zetterberg, Cory Gionet, and Rodney Armstrong, by and through their attorneys, respectfully move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), to dismiss the Counterclaim and Third-Party Complaint with prejudice, for failure to state a claim

1

upon which relief can be granted. The accompanying Memorandum of Law in Support of Motion

to Dismiss sets forth the grounds for this motion pursuant to Local Civil Rule 7.1.

Dated: March 8, 2024

Respectfully Submitted,

*/s/ Joseph A. Mahoney*

Joseph A. Mahoney
N.C. State Bar No. 55318
MAYER BROWN LLP
300 South Tryon Street, Suite 1800
Charlotte, NC 28202
(704) 444-3654
jamahoney@mayerbrown.com

J. Gregory Deis (*pro hac vice*)
Ethan Hastert *(pro hac vice)*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
gdeis@mayerbrown.com
ehastert@mayerbrown.com

Glenn K. Vanzura (*pro hac vice*)
MAYER BROWN LLP
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071
(213) 229-9500
gvanzura@mayerbrown.com

Andrew Spadafora (*pro hac vice*)
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3043
aspadafora@mayerbrown.com

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, certifies that on March 8, 2024, a copy of the foregoing was

served on all parties of record in this case by CM/ECF to the following:

Patrick E. Kelly
Michael J. Hoefling
Katie Burchette
J. Nathanial Pierce
JOHNSTON, ALLISON & HORD, P.A.
1065 East Morehead Street
Charlotte, NC 28204
(704) 332-1181
pkelly@jahlaw.com
mhoefling@jahlaw.com
kburchette@jahlaw.com
npierce@jahlaw.com

Michael K. Forde
Brian P. O'Meara
Forde & O'Meara LLP
191 North Wacker Drive, 31st Floor
Chicago, Illinois 60606
(312) 641-1441
mforde@fordellp.com
bomeara@fordellp.com

*/s/ Joseph A. Mahoney*
Joseph A. Mahoney

3