IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00481-KDB-DCK

| | |
|---|---|
| THE BOEING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TEN OAKS MANAGEMENT, LLC, et al.<br><br>Defendants, | |
| TEN OAKS MANAGEMENT, LLC, and DAVID RICHESON,<br><br>Counterclaimants,<br><br>AEP LEGACY HOLDINGS, LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Counter-Defendant, and<br><br>BARBARA ZETTERBERG, CORY GIONET, and RODNEY ARMSTRONG,<br><br>Third-Party Defendants. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

All parties, by and through the undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, do hereby stipulate the dismissal with prejudice of all claims, counterclaims, third-party claims, motions, and all other claims and causes of action asserted by all parties in the above-captioned lawsuit. The parties shall bear their own costs, fees, and expenses.

1

This the 26th day of July, 2024.

**JOHNSTON, ALLISON & HORD, P.A.**

*s/ Michael J. Hoefling*
Patrick E. Kelly, NC State Bar No. 16703
pkelly@jahlaw.com
Michael J. Hoefling, NC State Bar No. 38246
mhoefling@jahlaw.com
J. Nathanial Pierce, NC State Bar No. 52344
npierce@jahlaw.com
1065 E. Morehead Street
Charlotte, NC 28204
Telephone No.: (704) 332-1181
*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiff*

**FORDE & O'MEARA LLP**

*s/ Michael K. Forde*
Michael K. Forde (*pro hac vice*)
mforde@fordellp.com
Brian P. O'Meara (*pro hac vice*)
bomeara@fordellp.com
191 North Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone No.: (312) 641-1441
*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiff*

**MAYER BROWN, LLP**

*s/ Gregory J. Deis*
Joseph A. Mahoney, N.C. State Bar No. 55318
jamahoney@mayerbrown.com
J. Gregory Deis (*pro hac vice*)
gdeis@mayerbrown.com
Andrew Spadafora (*pro hac vice*)
aspadafora@mayerbrown.com
Ethan Hastert (*pro hac vice*)
ehastert@mayerbrown.com
Glenn K. Vanzura (*pro hac vice*)
gvanzura@mayerbrown.com
300 South Tryon Street, Suite 1800
Charlotte, NC 28202
Telephone No.: (704) 444-3654
*Attorneys for Plaintiff, Counter-Defendant, and Third-Party Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certified that the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following parties/persons that are registered for service electronically:

Joseph A. Mahoney
Mayer Brown LLP
214 North Tryon St., Suite 3800
Charlotte, NC 28202
jamahoney@mayerbrown.com

J. Gregory Deis
Andrew Spadafora
Ethan Hastert
Mayer Brown, LLP
71 South Wacker Dr.
Chicago, IL 60606
gdeis@mayerbrown.com
aspadafora@mayerbrown.com
ehastert@mayerbrown.com

Glenn K. Vanzura
Mayer Brown, LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
gvanzura@mayerbrown.com

This the 26th day of July, 2024.

**JOHNSTON, ALLISON & HORD, P.A.**

*s/ Michael J. Hoefling*
Patrick E. Kelly, NC State Bar No. 16703
pkelly@jahlaw.com
Michael J. Hoefling, NC State Bar No. 38246
mhoefling@jahlaw.com
J. Nathanial Pierce, NC State Bar No. 52344
npierce@jahlaw.com
1065 E. Morehead Street
Charlotte, NC 28204
Telephone No.: (704) 332-1181
Facsimile No.: (704) 376-1628
*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiff*

**FORDE & O'MEARA LLP**

*s/ Michael K. Forde*
Michael K. Forde (*pro hac vice*)
mforde@fordellp.com
Brian P. O'Meara (*pro hac vice*)
bomeara@fordellp.com
191 North Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone No.: (312) 641-1441
*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiff*